**UNITED STATES of America, Appellant, v. William L. MERRITT, Appellee.**

No. 8615.

Circuit Court of Appeals, Sixth Circuit.

March 10, 1941.

James B. Frazier, Jr., of Knoxville, Tenn., and Richard N. Ivins, of Chattanooga, Tenn., for appellant.

W. J. Carter, of Johnson City, Tenn., and J. H. Doughty, of Knoxville, Tenn., for appellee.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and argument of counsel, and it appearing to the court that there was substantial evidence that William L. Merritt, appellee, was totally and permanently disabled within the life of the War Risk Insurance policy sued on, and that there is no reversible error on the record, it is therefore ordered and adjudged that the judgment appealed from be, and the same is in all things, affirmed.

**UNITED STATES of America, Appellant, v. Helen A. SCHAEFER et al., Appellees.**

No. 9771.

Circuit Court of Appeals, Ninth Circuit.

April 2, 1941.

Wm. Fleet Palmer, U. S. Atty., and Irl D. Brett, Sp. Atty., Lands Division, Department of Justice, both of Los Angeles, Cal., for appellant.

Walter I. Lyon, of Los Angeles, Cal., for appellees Tanner and others.

Ray H. Fitzgerrell and Lyle W. Rucker, both of Los Angeles, Cal., for appellee McKinney and others.

Robert W. Daniels, of Los Angeles, Cal., for appellee Paugh.

Roy Raymond Colby, of Los Angeles, Cal., for appellee Reimiller.

O'Melveny, Tuller & Myers, and John R. A. Girling, all of Los Angeles, Cal., for appellee Baker.

Will H. Winston, of Long Beach, Cal., for appellee Edgar.

John L. Schaefer, of Los Angeles, Cal., for appellee Schaefer.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein as to parcels 3, 16, 18, 26, 32, 33, 34, 35, 36, 38, 39, 39–A dismissed; and on stipulation judgment of District Court amended as to parcels 3, 32 and 33; that a judgment be filed and entered accordingly, and mandate of this court in this cause issue forthwith.

**Stanley Johnson ZUFALL, Appellee, v. UNITED STATES of America, Appellant.**

No. 7516.

Circuit Court of Appeals, Third Circuit.

Jan. 23, 1941.

Thomas E. Walsh, of Washington, D. C., for appellant.

Edward J. McGinness, of McKeesport, Pa., for appellee.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed for the reasons set forth in the opinion of Judge McVicar, 36 F.Supp. 999.